*IT IS SO ORDERED*
Judge Edward J. Davila
DATED: 9/24/2015

Scott Sagaria (State Bar No. 217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SERNA,<br><br>     Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>     Defendants. | Federal Case No.: 5:15-CV-03856-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SPRINGLEAF FINANCIAL SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Christina Serna, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Springleaf Financial Services, Inc., as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

   (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

      applicable federal statute, the plaintiff may dismiss an action without a court

      order by filing:

(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Springleaf Financial Services, Inc., has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: September 22, 2015                                    Sagaria Law, P.C.

By: _____*/s/ Elliot W. Gale*_____
                Elliot W. Gale
Attorneys for Plaintiff
Christina Serna

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SPRINGLEAF FINANCIAL SERVICES, INC.