Alyssa M. Staudinger (State Bar No. 300845)
astaudinger@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:      +1.949.851.3939
Facsimile:      +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SERNA,<br><br>              Plaintiff,<br><br>       v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al,<br><br>              Defendants. | Case No.  5:15-cv-03856-EJD<br><br>Assigned to: Judge Edward J. Davila<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

**PLEASE TAKE NOTE THAT** Plaintiff Christina Serna and Defendant Experian

Information Solutions, Inc. ("Experian") have reached an agreement on all material terms

required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will

be completed within ninety (90) days of the date of this notice, at which time the parties shall file

a Stipulation for Dismissal of the claims asserted against Experian.

Dated:  November 5, 2015         SAGARIA LAW, P.C.


By: */s/ Elliot Gale*_____
       Elliot Gale

Attorneys for Plaintiff
CHRISTINA SERNA

1    Dated:  November 5, 2015                    JONES DAY

2

3                                               By: */s/ Alyssa M. Staudinger*
                                                    Alyssa M. Staudinger
4

5                                               Attorneys for Defendant
                                                EXPERIAN INFORMATION SOLUTIONS,
6                                               INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, Alyssa M. Staudinger, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California  92612.4408.  On **November 5, 2015**, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF users were served:

Scott J. Sagaria
Elliot W. Gale
Joseph M. Angelo
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tel: 408.279.2288; Fax: 408.279.2299

***Attorneys for Plaintiff***
***Christina Serna***

Thomas P. Quinn
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: 949-376-3500
Fax: 949-376-3070
Email: tquinn@nokesquinn.com

***Attorneys for Defendant***
***Equifax, Inc.***

Lauren E. Tate
Monica Katz-Lapides
Tate & Associates
1321 Eighth Street, Suite 4
Berkeley, CA 94710
Tel: 510-525-5100
Fax: 510-525-5130
Email: ltate@tateandassociates-law.com

***Attorneys for Defendant***
***TransUnion, LLC***

Judith Therese Sethna
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Tel: 213-457-8068
Fax: 213-457-8080
Email: jsethna@reedsmith.com

***Attorneys for Defendants***
***Seventh Avenue, Inc. and***
***Ginny's, Inc.***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Chelsea Lynn Diaz
Doll Amir and Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA 90067
Tel: 310-557-9100
Fax: 310-557-9101
Email: cdiaz@dollamir.com

Issa Kalani Moe
Moss Barnett
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Tel: 612-877-5000
Fax: 612-877-5016
Email: MoeI@moss-barnett.com

***Attorneys for Defendant***
***Capital One, National Assocation***

***Attorney for Defendant***
***AD Astra Recovery Services, Inc***.

Executed on November 5, 2015, at Irvine, California.

/s/ Alyssa M. Staudinger
Alyssa M. Staudinger

- 4 -

NOTICE OF SETTLEMENT BETWEEN
PLAINTIFF AND EXPERIAN
Case No. 5:15-cv-03856-EJD