1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Judith T. Sethna (SBN 232731)
   Email: jsethna@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone:     +1 213 457 8000
5  Facsimile:     +1 213 457 8080

6  Attorneys for Defendants
   Seventh Avenue, Inc. and Ginny's Inc.
7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHRISTINA SERNA,                          | No.: 5:15-cv-03856-EJD
12 |              Plaintiff,                    | **NOTICE OF SETTLEMENT RE DEFENDANTS SEVENTH AVENUE, INC. AND GINNY'S INC.**
13 |     vs.                                    |
14 | Experian Information Solutions, Inc.; Equifax, Inc.; TransUnion, LLC; Seventh Avenue, Inc.; Capital One, National Association; Ginny's Inc.; Springleaf Financial Services, Inc.; Valley First Credit Union; Comenity, LLC; Steel Partners, Ltd.; Ad Astra Recovery Services, Inc.; Syndicated Office Systems, Inc.; Collections Management Systems, LLC and DOES 1 through 100 inclusive, | Compl. Filed:      August 4, 2015

   Honorable Edward J. Davila

                Defendants.

NOTICE OF SETTLEMENT

– 1 –

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Christina Serna and defendants Seventh Avenue, Inc. and Ginny's Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

DATED:  December 11, 2015                REED SMITH LLP

                                                                  By      /s/ Judith T. Sethna
                                                                          Judith T. Sethna
                                                                          Attorneys for Defendants Seventh Avenue, Inc. and
                                                                          Ginny's Inc.

DATED:  December 11, 2015                SAGARIA LAW, P.C.

                                                                  By      /s/ Elliot E. Gale
                                                                          Elliot E. Gale
                                                                          Attorneys for Plaintiff Christina Serna