1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

11

CHRISTINA SERNA,

Case No.  5:15-cv-03856-EJD

Plaintiff,

12

**ORDER TO SHOW CAUSE**

v.

13

14

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

15

Defendants.

16          On August 4, 2015, Plaintiff Christina Serna ("Plaintiff") filed the Complaint underlying

17   this action.  To date, however, the docket does not contain a proof of service or waiver of service

18   for Defendant Collection Management Systems ("CMS"), and CMS has not appeared in this

19   action.

20          The then-effective version of Rule 4(m) of the Federal Rules of Civil Procedure provided

21   in pertinent part:

22                 If service of the summons and complaint is not made upon a
                   defendant within 120 days after the filing of the complaint, the
23                 court, upon motion or on its own initiative after notice to the
                   plaintiff, shall dismiss the action without prejudice as to that
24                 defendant or direct that service be effected within a specified time;
                   provided that if the plaintiff shows good cause for the failure, the
25                 court shall extend the time for service for an appropriate period.

26          The 120-day period for service provided by Rule 4(m) expired on December 2, 2015.

27   Accordingly, the court issues the instant Order to Show Cause ("OSC") requiring that Plaintiff, no

28
Case No.: 5:15-cv-03856-EJD
ORDER TO SHOW CAUSE

United States District Court
Northern District of California

later than **December 18, 2015**, either: (1) file documents to show proof of service of the Summons and Complaint on CMS; or (2) explain in writing why service has not been accomplished.  No hearing will be held on the order to show cause unless otherwise ordered by the court.

       **IT IS SO ORDERED.**

Dated:  December 11, 2015



EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-03856-EJD
ORDER TO SHOW CAUSE