Elliot W. Gale, Bar No. 263326
Joseph B. Angelo, Bar No. 268542
Scott M. Johnson, Bar No. 287182
Scott J. Sagaria, Bar No. 217981
SAGARIA LAW, PC
2033 Gateway Place, 5th Floor
San Jose, CA 95110

Attorneys for Plaintiff
CHRISTINA SERNA


Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
AD ASTRA RECOVERY SERVICES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SERNA,<br><br>    Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; TransUnion, LLC; Seventh Avenue, Inc.; Capital One, National Association; Ginny's Inc.; Springleaf Financial Services, Inc.; Valley First Credit Union; | Case No.: 5:15-cv-03856-EJD<br>*Assigned to Hon. Edward J. Davila*<br>*Magistrate Judge Howard R. Lloyd*<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT AD ASTRA RECOVERY SERVICES, INC.** |

- 1 -

3057800v.1

Comenity, LLC; Steel Partners, Ltd.; Ad Astra Recovery Services, Inc.; Syndicated Office Systems, Inc.; Collections Management Systems, LLC and DOES 1 through 100 inclusive,

        Defendants.

**NOTICE IS HEREBY GIVEN** that Plaintiff CHRISTINA SERNA ("Plaintiff") and Defendant AD ASTRA RECOVERY SERVICES, INC. ("AD Astra") have reached a settlement in the above-captioned action. Plaintiff and AD Astra anticipate filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

**SAGARIA LAW PC**

Dated: December 10, 2015     By:  /s/ Elliot Gale
                                                ELLIOT GALE
                                                Attorneys for Plaintiff
                                                CHRISTINA SERNA

**KLINEDINST PC**

Dated: December 10, 2015     By:  /s/ Christopher D. Holt
                                                CHRISTOPHER D. HOLT
                                                Attorneys for Defendant
                                                AD ASTRA RECOVERY SERVICES, INC.