THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949)376-3500
Fax: (949)376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA SERNA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>　　　　Defendants. | Case No.: 5:15-cv-03856-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY** |

　　　Plaintiff Christina Serna, by counsel, and Defendant Equifax Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Equifax Inc. only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

- 1 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

Respectfully submitted,

Date: December 16, 2015

/s/ Elliott W. Gale (w/consent)
Scott J. Sagaria, Esq. (217981)
Elliott W. Gale, Esq. (263326)
Joseph B. Angelo, Esq. (268542)
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone: (408)279-2288
Fax: (408)279-2299
*Counsel for Plaintiff Christina Serna*

Date: December 16, 2015

/s/ Thomas P. Quinn (132268)
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949)376-3500
Fax: (949)376-3070
*Counsel for Defendant Equifax Inc.*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax Inc. is dismissed with prejudice. Christina Serna and Defendant Equifax Inc. shall each bear their own costs and attorneys' fees.

Date: 12/18/2015

_____
Honorable Edward J. Davila
United States District Court Judge

DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/ECF

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

# CERTIFICATE OF SERVICE
**Serna v. Experian Information Solutions, Inc, et al.**
**Case No.: 5:15-cv-03856-EJD**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **December 16, 2015**, I served a true copy of:
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                        /s/ Jennifer J. Maston
                                        JENNIFER J. MASTON

Place of Mailing: Laguna Beach, California.

Executed on **December 16, 2015,** at Laguna Beach, California.

# SERVICE LIST

| | |
|---|---|
| Scott J. Sagaria, Esq.<br>Elliott W. Gale, Esq.<br>Joseph B. Angelo, Esq.<br>Scott M. Johnson, Esq.<br>Sagaria Law, P.C.<br>2033 Gateway Place, 5th Floor<br>San Jose, CA  95110<br>Tel: (408)279-2288<br>Fax: (408)279-2299<br>Email: sjsagaria@sagarialaw.com<br>Email: egale@sagarialaw.com<br>Email: jangelo@sagarialaw.com<br>Email: sjohnson@sagarialaw.com<br>***Attorneys for Plaintiff,***<br>***Christina Serna*** | Christopher A. Ferguson, Esq.<br>Schuckit Associates PC<br>4545 Northwestern Drive<br>Zionsville, IN  46077<br>Tel: (317)363-2400<br>Fax: (317)363-2257<br>Email: cferguson@schuckitlaw.com<br>***Attorneys for Defendant,***<br>***Trans Union, LLC*** |
| | Lauren E. Tate, Esq.<br>Tate and Associates<br>1321 Eighth Street, Suite 4<br>Berkeley, CA  94710<br>Tel: (510)525-5100<br>Fax: (510)525-5130<br>Email: ltate@tateandassociates-law.com<br>***Attorneys for Defendant,***<br>***Trans Union, LLC*** |
| Mark J. Kenney, Esq.<br>Austin B. Kenney, Esq.<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111<br>Tel: (415)398-3344<br>Fax: (415)956-0439<br>Email: mjk@serverson.com<br>Email: abk@severson.com<br>***Attorneys for Defendant,***<br>***Springleaf Financial Services, Inc.*** | Ramon Ramirez, Esq.<br>Alyssa M. Staudinger, Esq.<br>Jones Day<br>3161 Michelson Drive, Suite 800<br>Irvine, CA  92612-4408<br>Tel: (949)851-3939<br>Fax: (949)553-7539<br>Email: ramonramirez@jonesday.com<br>Email: astaudinger@jonesday.com<br>***Attorneys for Defendant,***<br>***Experian Information Solutions, Inc.*** |

/ / /

/ / /

/ / /

/ / /

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 4 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

1  Christopher D. Holt, Esq.                Hunter R. Eley, Esq.
2  Klinedinst P.C.                          Chelsea L. Diaz, Esq.
   5 Hutton Center Drive, Suite 1000        Doll Amir & Eley LLP
3  Santa Ana, CA  92707                     1888 Century Park East, Suite 1850
4  Tel: (714)542-1800                       Los Angeles, CA  90067
   Fax: (714)542-3592                       Tel: (310)557-9100
5  Email: cholt@klinedinstlaw.com           Fax: (310)557-9101
6  **Attorneys for Defendant,**             Email: heley@dollamir.com
   **AD Astra Recovery Services, Inc.**     Email: cdiaz@dollamir.com
7                                           **Attorneys for Defendant,**
8                                           **Capital One Bank (USA), N.A.**

9  Abraham J. Colman, Esq.
   Judith T. Sethna, Esq.
10 Reed Smith LLP
11 355 South Grand Avenue, Suite 2900
   Los Angeles, CA  90071-1514
12 Tel: (213)457-8000
13 Fax: (213)457-8080
   Email: acolman@reedsmith.com
14 Email: jsethna@@reedsmith.com
15 **Attorneys for Defendants,**
   **Seventh Avenue, Inc. and**
16 **Ginny's Inc.**

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055