UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SERNA,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 5:15-cv-03856-EJD<br><br>**ORDER DISMISSING DEFENDANT** |

On December 11, 2015, the court ordered Plaintiff Christina Serna ("Plaintiff") to either file documents showing that service of process had been completed on Defendant Collection Management Systems or show cause in writing why she failed to accomplish service within 120 days as required by Federal Rule of Civil Procedure 4(m). See Docket Item No. 67. To date, Plaintiff has not responded.

Accordingly, all claims against Collection Management Systems are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: December 21, 2015

_____
EDWARD J. DAVILA
United States District Judge