UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SERNA,<br><br>                    Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., et al.,<br><br>                    Defendants. | Case No.  5:15-cv-03856-EJD<br><br>**ORDER DISCHARGING ORDER TO<br>SHOW CAUSE** |

Because the parties have since complied with its requirements and demonstrated good cause in response, the Order to Show Cause issued on January 5, 2016 (Docket Item No. 73), is DISCHARGED. The hearing scheduled for January 14, 2016, is VACATED.

        **IT IS SO ORDERED.**

Dated:  January 8, 2016

_____
EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 5:15-cv-03856-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE