Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SERNA,<br><br>     Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>     Defendants. | Federal Case No.: 5:15-CV-03856-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT GINNY'S, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Christina Serna and defendant Ginny's, Inc., that Ginny's, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

1  DATED: February 23, 2016            Sagaria Law, P.C.

2                                      By:    */s/ Elliot W. Gale*
3                                                 Elliot W. Gale
                                       Attorneys for Plaintiff
4                                      Christina Serna

5

6  DATED: February 23, 2016            Reed Smith

7

8                                      By:    */s/Raymond Kim*
                                                  Raymond Kim
9                                      Attorney for Defendant
10                                     Ginny's, Inc.

11

12 I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13 Stipulation. I hereby attest that Raymond Kim has concurred in this filing.

   */s/ Elliot Gale*
14

15
                                   **[PROPOSED] ORDER**
16
       Pursuant to the stipulation of the Parties, Ginny's, Inc. is dismissed with prejudice.
17
       IT IS SO ORDERED.
18

19
   DATED:_____         _____
20                                         Edward J. Davila
                                           UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28