Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 2/23/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SERNA,<br><br>        Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>        Defendants. | Federal Case No.: 5:15-CV-03856-EJD<br><br><br>**PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDAT VALLEY FIRST CREDIT UNION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Christina Serna, pursuant to Federal Rule of Civil

Procedure 41(a)(1), hereby voluntarily dismisses Defendant Valley First Credit Union as to all

claims in this action.

      Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

      41(a) Voluntary Dismissal

      (1) By the Plaintiff

            (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

                applicable federal statute, the plaintiff may dismiss an action without a court

                order by filing:

                    (1) a notice of dismissal before the opposing party serves either an answer

1

1    or a motion for summary judgment.

2    Defendant Valley First Credit Union has neither answered Plaintiff's Complaint, nor filed

3    a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all

4    purposes and without an Order of the Court.

5

6    Dated: February 22, 2016                          Sagaria Law, P.C.

7
                                        By:    _____/s/ Elliot W. Gale_____
8                                                     Elliot W. Gale
                                        Attorneys for Plaintiff
9                                        Christina Serna

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2