Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SERNA, <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br>　　　　　Defendants. | Federal Case No.: 5:15-CV-03856-EJD <br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT GINNY'S, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　IT IS HEREBY STIPULATED by and between plaintiff Christina Serna and defendant Ginny's, Inc., that Ginny's, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

DATED: February 23, 2016		Sagaria Law, P.C.

					By:  _/s/ Elliot W. Gale_
					        Elliot W. Gale
					Attorneys for Plaintiff
					Christina Serna

DATED: February 23, 2016		Reed Smith

					By:  _/s/Raymond Kim_
					        Raymond Kim
					Attorney for Defendant
					Ginny's, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Raymond Kim has concurred in this filing.

_/s/ Elliot Gale_

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Ginny's, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  2/29/2016			_[signature]_
					Edward J. Davila
					UNITED STATES DISTRICT JUDGE