UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SERNA,<br><br>        Plaintiff,<br><br>   v.<br><br>COMENITY, LLC, et al.,<br><br>        Defendants. | Case No. 5:15-cv-03856-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In order to permit Defendant Comenity, LLC to respond to the Complaint as indicated in Plaintiff's Case Status Update (Dkt. No. 101), the Case Management Conference scheduled for May 19, 2016, is CONTINUED to **10:00 a.m. on June 16, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **June 9, 2016.**

**IT IS SO ORDERED.**

Dated: May 13, 2016

                                        EDWARD J. DAVILA
                                        United States District Judge

Case No.: 5:15-cv-03856-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE