1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
2  JOE ANGELO (SBN 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Pl., 5th Floor
   San Jose, CA 95110
4  Telephone: 408-279-2288
   Facsimile: 408-279-2299
5
6  Attorneys for Plaintiff

7                    IN THE UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10

11                                           CASE NO. 5:15-cv-03856-EJD
12  **CHRISTINA SERNA,**

13           **Plaintiff,**                  NOTICE OF SETTLEMENT

14  **vs.**

15
    **COMENITY BANK; et al.,**
16
             **Defendants.**
17

18

19  **THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

20       PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff

21  CHRISTINA SERNA and Defendant COMENITY BANK in this matter.

22       In light of the settlement, the parties request that the Court take off calendar all future

23  hearing dates regarding COMENITY BANK in this case.

24

25  Date:  May 17, 2016                      **SAGARIA LAW, P.C.**

26
                                             By: /s/Elliot W. Gale
27                                                Elliot W. Gale
                                                  *Attorneys for Plaintiff*
28

{00048988;1}                     1
                                                         NOTICE OF SETTLEMENT
                                                         CASE NO. 5:15-cv-03856-EJD