

1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                   UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11
   CHRISTINA SERNA,                    Federal Case No.: 5:15-CV-03856-EJD
12
              Plaintiff,
13                                     ORDER GRANTING
         vs.                           **PLAINTIFF'S NOTICE OF VOLUNTARY
14                                     DISMISSAL OF DEFENDANT
   EXPERIAN INFORMATION SOLUTIONS,     COMMENITY, LLC PURSUANT TO
15 INC.; et. al.,                      FEDERAL RULE OF CIVIL
                                       PROCEDURE 41(A)(1)**
16            Defendants.

17

18

19 **PLEASE TAKE NOTICE** that Plaintiff Christina Serna, pursuant to Federal Rule of Civil

20 Procedure 41(a)(1), hereby voluntarily dismisses Defendant Comenity, LLC, as to all claims in

21 this action, with prejudice.

22      Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23      41(a) Voluntary Dismissal

24      (1) By the Plaintiff

25          (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26              applicable federal statute, the plaintiff may dismiss an action without a court

27              order by filing:

28              (1) a notice of dismissal before the opposing party serves either an answer

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT COMENITY, LLC

1  or a motion for summary judgment.

2  Defendant Comenity, LLC, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: June 3, 2016                             Sagaria Law, P.C.

                                                By:    */s/ Elliot W. Gale*
                                                         Elliot W. Gale
                                                Attorneys for Plaintiff
                                                Christina Serna